[No. 22871-1-III.  Division Three.  November 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SARIAH L. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00408-9, Robert L. Zagelow, J., entered March 29, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23068-6-III.  Division Three.  November 22, 2005.]

PATRICK D. ROURK, *Respondent*, v. MARY H. GARCIA ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-2-00923-6, Craig J. Matheson, J., entered May 7, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 53334-7-I.  Division One.  November 28, 2005.]

*In the Matter of the Guardianship of* LOREN STAMM, APPELLANT.

LOREN STAMM, *Appellant*, v. GUARDIANSHIP SERVICES OF SEATTLE, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-4-05323-7, Kimberly D. Prochnau, J. Pro Tem., entered November 12, 2002, June 4, September 26, and December 18, 2003, January 22, 26, and February 23, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Becker, JJ.